# EXHIBIT A

| | SUM-100 |
|---|---|
| **SUMMONS**<br>**(CITACION JUDICIAL)** | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TARGET CORPORATION and
DOES ONE through TEN

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MICHELLE ARENDES

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
600 Union Avenue, Hall of Justice
P.O. Box 5000
Fairfield 94533

CASE NUMBER: *(Número del Caso):* FCS056661

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Nicholas J. Mastrangelo, Esq. (SBN 160495)   T:(925)258-0500 F:(925)254-0550
MASTRANGELO LAW OFFICES, A Professional Corporation
Two Theatre Square, Suite 234
Orinda, California 94563

DATE: JUN 1 0 2021     Clerk, by J. Abueg, Deputy
*(Fecha)*              *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* TARGET CORPORATION
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Nicholas J. Mastrangelo, Esq. (SBN 160495)
MASTRANGELO LAW OFFICES
A Professional Corporation
Two Theatre Square, Suite 234
Orinda, California 94563
TELEPHONE NO: (925) 258-0500   FAX NO. *(Optional):* (925) 254-0550
E-MAIL ADDRESS *(Optional):* nick@mlolawyer.com
ATTORNEY FOR *(Name):* Plaintiff MICHELLE ARENDES

**FOR COURT USE ONLY**

FILED/ENDORSED
Clerk of the Superior Court
JUN 10 2021
By_____ J. Abueg
DEPUTY CLERK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO**
STREET ADDRESS: 600 Union Avenue, Hall of Justice
MAILING ADDRESS: P.O. Box 5000
CITY AND ZIP CODE: Fairfield 94533
BRANCH NAME: FAIRFIELD BRANCH

PLAINTIFF: MICHELLE ARENDES

DEFENDANT: TARGET CORPORATION and

[X] DOES 1 TO 10

ASSIGNED TO JUDGE Wendy G. Getty
FOR ALL PURPOSES

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE   [X] OTHER *(specify):* Premises Liability
 [ ] Property Damage   [ ] Wrongful Death   General Negligence
 [X] Personal Injury   [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
 Amount demanded [ ] does not exceed $10,000
 [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
 [ ] from limited to unlimited
 [ ] from unlimited to limited

CASE NUMBER:
FCS056661

1. Plaintiff *(name or names):* MICHELLE ARENDES
 alleges causes of action against defendant *(name or names):* TARGET CORPORATION and DOES ONE through TEN
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
 a. [ ] except plaintiff *(name):*
  (1) [ ] a corporation qualified to do business in California
  (2) [ ] an unincorporated entity *(describe):*
  (3) [ ] a public entity *(describe):*
  (4) [ ] a minor [ ] an adult
   (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   (b) [ ] other *(specify):*
  (5) [ ] other *(specify):*

 b. [ ] except plaintiff *(name):*
  (1) [ ] a corporation qualified to do business in California
  (2) [ ] an unincorporated entity *(describe):*
  (3) [ ] a public entity *(describe):*
  (4) [ ] a minor [ ] an adult
   (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   (b) [ ] other *(specify):*
  (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: ARENDES v. TARGET CORPORATION, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      TARGET CORPORATION

      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 through 10  were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 through 10  are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: ARENDES v. TARGET CORPORATION, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify):* Prejudgment interest pursuant to California Civil Code §3291, et seq.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: June 3, 2021

Nicholas J. Mastrangelo, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]  **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**  Page 3 of 3

| SHORT TITLE: ARENDES v. TARGET CORPORATION, et al. | CASE NUMBER: |
|---|---|

1 The true names or capacities, whether individual, corporate, associate or
2 otherwise, of Defendants Does 1 to 10, are unknown to Plaintiff, who
3 therefore sue said Defendants by such fictitious names. Plaintiff is
4 informed and believes and therefore alleges that each of the Defendants
5 designated herein as Doe is responsible in some manner for the events and
6 happenings herein referred to, and caused injuries and damages thereby
7 proximately to the Plaintiff as herein alleged.

26 *(Required for verified pleading)* The items on this page stated on information and belief *(specify item numbers, not line numbers):*

27 This page may be used with any Judicial Council form or any other paper filed with this court. Page 4

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501

PLD-PI-001(4)

| SHORT TITLE: ARENDES v. TARGET CORPORATION, et al. | CASE NUMBER: |
|---|---|

__FIRST__    **CAUSE OF ACTION—Premises Liability**    Page __5__
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name)*: MICHELLE ARENDES
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: June 21, 2019    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:

At approximately 1:00 p.m. on June 21, 2019, plaintiff Michelle Arendes was shopping in the Target store at 3000 Harbison Drive in Vacaville, California. Near the checkout area, plaintiff Arendes slipped and fell on banana on the floor of the Target store. Defendant Target Corporation and Does 1 through 10 were negligent in allowing a slippery substance, banana, to be present on the floor of the Vacaville store. Defendant Target Corporation and Does 1 through 10 and each of them knew, or in the exercise of due care should have known, that the banana on the floor created an unreasonable and foreseeable risk of harm to customers such as plaintiff. Due to the negligence of defendants and each of them in failing to properly and adequately inspect and clean the floor of the Vacaville store, plaintiff slipped and fell and was injured in the manner herein alleged.

Prem.L-2.  [X] **Count One--Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*: TARGET CORPORATION

[X] Does __1__ to __10__

Prem.L-3.  [ ] **Count Two--Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does _____ to _____
Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [ ] **Count Three--Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does _____ to _____
a. [ ]  The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ]  The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:
TARGET CORPORATION

[X] Does __1__ to __10__

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001(2)

| SHORT TITLE: ARENDES v. TARGET CORPORATION, et al. | CASE NUMBER: |
|---|---|

__SECOND__ **CAUSE OF ACTION—General Negligence** Page _6_
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: MICHELLE ARENDES

alleges that defendant *(name)*: TARGET CORPORATION and

[X] Does _1_ to _10_

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: June 21, 2019
at *(place)*: Target (Store #0827), 3000 Harbison Drive, Vacaville, CA 95687

*(description of reasons for liability):*

At approximately 1:00 p.m. on June 21, 2019, plaintiff Michelle Arendes was shopping in the Target store at 3000 Harbison Drive in Vacaville, California. Near the checkout area, plaintiff Arendes slipped and fell on banana on the floor of the Target store. Defendant Target Corporation and Does 1 through 10 were negligent in allowing a slippery substance, banana, to be present on the floor of the Vacaville store. Defendant Target Corporation and Does 1 through 10 and each of them knew, or in the exercise of due care should have known, that the banana on the floor created an unreasonable and foreseeable risk of harm to customers such as plaintiff. Due to the negligence of defendants and each of them in failing to properly and adequately inspect and clean the floor of the Vacaville store, plaintiff slipped and fell and was injured in the manner herein alleged.

In doing the acts complained of herein, each and every defendant was acting as the agent and employee of every other defendant and was in the course and scope of such agency and/or employment.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal Solutions Plus

Code of Civil Procedure 425.12