1 | David V. Roth (State Bar No. 194648)
    dvr@manningllp.com
2 | Chandra A. Carr (State Bar No. 315259)
    czc@manningllp.com
3 | **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
4 | One California Street, Suite 900
    San Francisco, California 94111
5 | Telephone: (415) 217-6990
    Facsimile:  (415) 217-6999
6 |
7 | Attorneys for Defendant,
    TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ARENDES, | Case No. 2:21-cv-01374-KJM-AC |
| Plaintiff, | **STIPULATION TO CONTINUE FACT DISCOVERY DEADLINE; [PROPOSED] ORDER** |
| v. | |
| TARGET CORPORATION, | |
| Defendants. | |

### STIPULATION

Plaintiff MICHELLE ARENDES, and Defendant TARGET CORPORATION collectively referred to as "the Parties") have agreed, by and through their attorneys of record, to stipulate to the following:

**WHEREAS**, the matter is currently scheduled for trial on January 17, 2023;

**WHEREAS**, fact discovery cut off is currently set for August 31, 2022;

**WHEREAS**, the parties have been delayed in completing necessary depositions due to witness unavailability;

**WHEREAS**, additional time will allow the Parties to complete fact discovery and engage in meaningful mediation;

**WHEREAS**, the Parties agree a continuance for the deadline for fact discovery would be in the best interests of all parties;

1 **WHEREAS**, there have been no prior continuances of fact discovery;

2 **WHEREAS**, parties have agreed to extend fact discovery cut off to September 30, 2022;

3 **IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties, through their respective counsel that: the deadline to complete fact discovery in this matter shall be continued to September 30, 2022.

**IT IS SO STIPULATED AND AGREED.**

DATED:  August 5, 2022          **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**


By: ___/s/ *David V. Roth*___
David V. Roth
Chandra A. Carr
Attorneys for Defendant,
TARGET CORPORATION

DATED: August ___, 2022          **MASTRANGELO LAW OFFICE**


By: _____
Nick Mastrangelo
Attorneys for Plaintiff MICHELLE ARENDES

**[PROPOSED] ORDER**

The Court having reviewed the stipulation between the Parties, and good cause appearing therefore, hereby orders that the deadline to complete fact discovery is continued to September 30, 2022.

DATED: August 22, 2022

*Allison Claire* (signature)
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION TO CONTINUE FACT DISCOVERY DEADLINE; [PROPOSED] ORDER**